United States District Court
Southern District of Texas

**ENTERED**

August 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| EDGAR ENRIQUE GONZALEZ, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00872 |
| MARKWAYNE MULLIN, *et al.,* | § | |
| *in their official capacities,* | § | |
| "Respondents." | § | |
| | § | |

**<u>ORDER</u>**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Petitioner's "Emergency Motion for Temporary Restraining Order" (Dkt. No. 3) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and MTRO no later than 14 days after service of the Petition and MTRO upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the MTRO (Dkt. No. 3), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this August 13, 2026

Rolando Olvera
United States District Judge