United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| EDGAR ENRIQUE GONZALEZ,<br>“Petitioner,” | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-cv-00872 |
| MARKWAYNE MULLIN, *et al.*,<br>*in their official capacities,*<br>“Respondents.” | §<br>§<br>§ | |

**ORDER**

Before the Court is Petitioner’s “Notice of Voluntary Dismissal” (Dkt. No. 6). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the “Petition for Writ of Habeas Corpus” (Dkt. No. 1) is hereby **DISMISSED without prejudice**. Petitioner’s “Emergency Motion for Temporary Restraining Order” (Dkt. No. 3) is further **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this August 25, 2026

Rolando Olvera
United States District Judge